FILE COPY

No. 07-14-00026-CV

| | | |
|---|---|---|
| In the Interest of S.C., a Child | § | From the 286th District Court |
| | § | of Hockley County |
| | § | July 23, 2014 |
| | § | Opinion by Justice Pirtle |
| | § | |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 23, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o